UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LOKI BRANDS, LLC,** *et al.*,

    Plaintiffs,

v.

**MATTHEW PLATKIN,** *et al.*,

    Defendants.

Civil Action No. 24-9389 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon Plaintiffs' Loki Brands LLC; North Fork Distribution, Inc. d/b/a Cycling Frog; Cantrip, Inc.; Alpha Omega Collectis LLC d/b/a/ Apollo Sciences; Alternative Health Distribution LLC d/b/a CannaAid; and M&A LL Holdings LLC d/b/a Legal Leaf New Jersey (collectively, "Plaintiffs") Motion for Summary Judgment (ECF No. 6.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **10th** day of **October 2024,**

    **ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 6) is hereby **GRANTED-IN-PART and DENIED-IN-PART**; and it is further

    **ORDERED** that **JUDGMENT** is hereby entered in favor of Plaintiffs and against Defendants Matthew J. Platkin, Dianna Houenou, and Edward D. Wengryn (in their official capacities) that permanently enjoins Defendants from enforcing the provisions of the New Jersey Hemp Act Amendments, Pub. L. 2024, c. 73, that exempt otherwise compliant out-of-state hemp and hemp products from the definition of "Intoxicating Hemp Products," and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**